Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFF MOSSO, an individual; <br> FAHAD BUSBAIT, an individual; <br> AZIZA HEMED, an individual; <br> ELZIE HENDERSON, an individual; <br> D'ANTHONY LE-GREENHALGH; an individual; <br> CARLOS HERNANDEZ, an individual, <br> RAYMOND CROCKETT; an individual; <br> JEAN YOON; an individual; <br> KIRANJIT SINGH; an individual; <br> LILIANA RAMOS, an individual; <br> DARA CHAMROEUN; an individual; <br> LORIN EMTAGE; an individual; and <br> MERRIDY EASON; an individual, <br><br> Defendants. | Civil Action No. 17-cv-99RSL <br><br> ENTRY OF DEFAULT AGAINST JEAN YOON (DOE 18) |

It appearing that Defendant Jean Yoon has failed to answer, plead or otherwise defend, default is hereby entered.

ENTRY OF DEFAULT
Civil Action No. 17-cv-99RSL

INIP-6-006914 ORDENTRYDefault (Yoon)18

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

DATED this 1st day of June, 2017.

                                   <u>William M. McCool</u>
                                   Clerk of the Court

                                   By: <u>*/s/Kerry Simonds*</u>
                                   Deputy Clerk

ENTRY OF DEFAULT - 2
Civil Action No. 16-cv-551RSM
INIP-6-006914 ORDENTRYDefault (Yoon)

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301