Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEAN YOON (DOE 18), et al, <br><br> Defendant. | No. 2:17-cv-00099-RSL (18) <br><br> NOTICE OF APPEARANCE FOR DEFENDANT JEAN YOON |

PLEASE TAKE NOTICE that Defendant JEAN YOON, hereby appears in the above-entitled action by and through undersigned counsel, without waiving any defenses or objections that may exist pursuant to Federal Rules of Civil Procedure 4, 8, or 12. Please send all papers, other than original process, to counsel at the address below.

Philip A. Haas
WSBA #46959
Haas Law, PS
506 Second Avenue
Suite 1400
Seattle, WA 98104

*NOTICE OF APPEARANCE FOR DEFENDANT JEAN YOON - 1*

**HAAS LAW, P.S.**
506 Second Avenue, Suite 1400
Seattle, WA 98104
Phone:  (206)853-3379
Facsimile:  (866)621-0193

DATED this 17th day of August, 2017.

/s/ Philip A. Haas
Philip A. Haas, WSBA No. 46959
Attorney for Defendant Jean Yoon
HAAS LAW, P.S.
506 Second Avenue, Suite 1400
Seattle, WA 98104
Phone: (206)853-3379
Facsimile: (866)621-0193
phil@haasattorneys.com

*NOTICE OF APPEARANCE FOR DEFENDANT JEAN YOON - 2*

**HAAS LAW, P.S.**
506 Second Avenue, Suite 1400
Seattle, WA 98104
Phone: (206)853-3379
Facsimile: (866)621-0193

## **CERTIFICATE OF SERVICE**

I certify that on the 17th day of August, 2017, I electronically filed this NOTICE OF APPEARANCE FOR DEFENDANT JEAN YOON with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record:

David Allen Lowe
Lowe@lowegrahamjones.com

**HAAS LAW, P.S.**

By:  /s/ Philip A. Haas
Philip A. Haas, WSBA No. 46959
Attorney for Defendant Jean Yoon
506 Second Avenue, Suite 1400
Seattle, WA 98104
Phone: (206)853-3379
Facsimile: (866)621-0193
phil@haasattorneys.com

*NOTICE OF APPEARANCE FOR DEFENDANT JEAN YOON - 3*

**HAAS LAW, P.S.**
506 Second Avenue, Suite 1400
Seattle, WA 98104
Phone: (206)853-3379
Facsimile: (866)621-0193