Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FAHAD BUSBAIT, an individual; <br> ELZIE HENDERSON, an individual; <br> D'ANTHONY LE-GREENHALGH, an individual; <br> CARLOS HERNANDEZ, an individual; <br> JEAN YOON, an individual; <br> LILIANA RAMOS, an individual; <br> DARA CHAMROEUN, an individual; <br> LORIN EMTAGE, an individual; and <br> MERRIDY EASON, an individual, <br><br> Defendants. | Civil Action No. 17-cv-99RSL <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE OF JEAN YOON (DOE 18) |

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of a Confidential Settlement Agreement wherein Defendant agreed (a) not to directly, contributorily or indirectly infringe Plaintiff's rights in its valid and enforceable copyrighted work *Mechanic: Resurrection*, Copyright Registration No. PA 1-998-057, including without limitation by using the Internet to reproduce, copy, distribute or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from Plaintiff; (b) to destroy all unauthorized copies or parts thereof of *Mechanic: Resurrection* in its possession or subject to Defendant's control, including

STIPULATION OF DISMISSAL - 1
Civil Action No. 17-cv-99RSL
INIP-6-0069P19 SDMISS - Doe 18

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1  without limitation any downloaded onto any computer hard drive or server or otherwise saved onto
2  any physical medium or device, without Plaintiff's authorization; and (c) to pay Plaintiff a
3  monetary sum, including for statutory damages, Plaintiff hereby dismisses its claims against
4  Defendant with prejudice and with each side bearing its own fees and costs.

5  s/ David A. Lowe, WSBA No. 24,453             s/Philip A. Haas, WSBA No. 46,959
       Lowe@LoweGrahamJones.com                      phil@haasattorneys.com
6  LOWE GRAHAM JONES$^{PLLC}$                    HAAS LAW
7  701 Fifth Avenue, Suite 4800                  506 2nd Ave, Ste 1400
   Seattle, WA 98104                             Seattle, WA 98104
8  T: 206.381.3300                               T: 206.853.3379
   F: 206.381.3301                               F: 866.621.0193
9
10 *Attorneys for Plaintiff*                     *Attorneys for Defendant*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION OF DISMISSAL - 2
Civil Action No. 17-cv-99RSL
INIP-6-0069P19 SDMISS - Doe 18

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301