Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FAHAD BUSBAIT, an individual; <br> ELZIE HENDERSON, an individual; <br> D'ANTHONY LE-GREENHALGH, an individual; <br> CARLOS HERNANDEZ, an individual; <br> LILIANA RAMOS, an individual; <br> DARA CHAMROEUN, an individual; and <br> MERRIDY EASON, an individual, <br><br> Defendants. | Civil Action No. 17-cv-99RSL <br><br> [PROPOSED] ORDER TO SHOW CAUSE TO RESPOND |

This matter comes before the Court on the Plaintiff's motion for an order to show cause against Defendant Liliana Ramos. Considering all pleadings and filings of record, the Court concludes that an order is warranted, and Defendant is required within ____ days to show cause why she should not be ordered to participate in good faith in the required Rule 26(f) conference and Joint Status Report preparation, and further should not be sanctioned for her failure to meet the obligation of Rule 26(f).

DATED this _____ day of _____, 2016.

_____
United States District Judge

Presented by:

s/David A. Lowe, WSBA No. 24,453
Attorneys for Plaintiff

ORDER TO SHOW CAUSE TO RESPOND - 1
Civil Action No. 17-cv-99RSL
INIP-6-0069P21 ORDShowCause

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel or parties of record who are deemed to have consented to electronic service via the Court's CM/ECF system, and via U.S. Mail to:

> Liliana Ramos
> 2044 S. 17th St.
> Tacoma, WA 98405

s/ David A. Lowe

ORDER TO SHOW CAUSE TO RESPOND - 2
Civil Action No. 17-cv-99RSL
INIP-6-0069P21 ORDShowCause

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301