UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ME2 PRODUCTIONS, INC.,

    Plaintiff,

    v.

JOSE ERMILO MEDINA, *et al.*,

    Defendants.

Case No. C17-0099RSL

ORDER DENYING REQUEST FOR SHOW CAUSE ORDER

This matter comes before the Court on plaintiff's "Motion for Order to Show Cause to Respond." Dkt. # 72. Plaintiff states that Liliana Ramos is the only remaining defendant in this litigation, but that she has not participated in a Rule 26(f) conference as ordered by the Court. Plaintiff therefore seeks an order to show cause to compel compliance with the discovery order and to sanction past failures. Plaintiff's premise is faulty. The Court has been unable to find any indication that Ms. Ramos has appeared in this action, and her address is not in the Court's CM/ECF docket. Thus, there is no indication that Ms. Ramos was served with the various orders regarding the discovery conference and initial disclosures. An order compelling compliance in these circumstances would be premature and unwarranted.

//

1       The Clerk of Court is directed to add Ms. Ramos' address (2044 S. 17th Street,

2 Tacoma, WA 98405) to the docket and to mail copies of Dkt. # 67 and # 74 to her at that

3 address. Plaintiff's request for an order to show cause is DENIED.

5       Dated this 19th day of October, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING REQUEST FOR
SHOW CAUSE ORDER - 2